UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
United States of America,

              -against-                    16-CR-212-51 (LAK)

Gregory Cameron,
                  Defendant(s).
------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       CJA attorney, Victor Hou, is appointed to represent the defendant with regards to his motion for compassionate release. The Clerk shall mail a copy of this order to defendant.

SO ORDERED.

Dated: January 28, 2021

                                                 _____
                                                 Lewis A. Kaplan
                                                 United States District Judge