# CLEARY GOTTLIEB STEEN & HAMILTON LLP

One Liberty Plaza
New York, NY 10006-1470
T: +1 212 225 2000
F: +1 212 225 3999

clearygottlieb.com

WASHINGTON, D.C. · PARIS · BRUSSELS · LONDON · MOSCOW
FRANKFURT · COLOGNE · ROME · MILAN · HONG KONG
BEIJING · BUENOS AIRES · SÃO PAULO · ABU DHABI · SEOUL

**MEMO ENDORSED**

D: +1 212-224-2609
vhou@cgsh.com

February 19, 2021

**VIA ECF**

The Honorable Lewis A. Kaplan
United States District Judge
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *USA v. Gregory Cameron et al.* 1:16-cr-00212-LAK-51 (S.D.N.Y.)

Dear Judge Kaplan:

Your Honor appointed me under the Criminal Justice Act to represent defendant Gregory Cameron in the above-referenced matter in connection with filing a Motion for Compassionate Release (the "Motion"). We write on behalf of Mr. Cameron to: (1) propose a briefing schedule for the Motion and (2) seek leave from the Court to file Mr. Cameron's medical records under seal in support of his Motion.

The Government, specifically Jessica Feinstein, Assistant United States Attorney, has consented to the proposal outlined above. The parties agreed that Mr. Cameron will file his Motion for Compassionate Release on or before February 23, 2021. The Government will have until March 9, 2021 to file opposition, if any. Any reply brief would be filed on or before March 16, 2021.

Thank you for your consideration of this matter.

Granted

SO ORDERED

LEWIS A. KAPLAN, USDJ

2/19/21

Cleary Gottlieb Steen & Hamilton LLP or an affiliated entity has an office in each of the cities listed above.