UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

UNITED STATES OF AMERICA,

-against-                                                                        16-cr-0212 (LAK)

GREGORY CAMERON,

                                Defendant.

------------------------------------------------------------x

### ORDER

LEWIS A. KAPLAN, *District Judge.*

        The government shall respond to defendant's motion for compassionate release, in view of his medical condition, on or before March 8, 2021.

        SO ORDERED.

Dated:      February 24, 2021

                                                          _____
                                                           Lewis A. Kaplan
                                                      United States District Judge