UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------
UNITED STATES OF AMERICA,

        -against-                                       16-cr-0212 (LAK)

GREGORY CAMERON,

                Defendant.
------------------------------------------------------------x

## MEMORANDUM AND ORDER

LEWIS A. KAPLAN, *District Judge.*

        The defendant pled guilty to one count of conspiracy to distribute and possess with intent to distribute narcotics and was sentenced principally to a term of imprisonment of 96 months. He moves for compassionate release, largely in light of the COVID pandemic.

        The government acknowledges that Cameron has exhausted his administrative remedies and that he has demonstrated that he "possesses one co-morbidity for COVID-19 which qualifies, in combination with the state of the global COVID-19 pandemic, as an extraordinary and compelling reason to be considered under Section 3582." Dkt 1564, at 4. It nevertheless contends that he has failed to demonstrate that relief is appropriate in view of the Section 3553 factors.

        The Court disagrees. Cameron already has contracted, and fortunately recovered from COVID-19. Nevertheless, he has a serious co-morbidity and, while cases of reinfection with COVID have been rare, the increasing prevalence of highly infectious variants has created concern as to whether the prior rarity of reinfection will continue. Cameron in any case continues to suffer from mild pneumonia. The time he has served, as in so many other cases, has been served under conditions made abnormally onerous by the pandemic. Moreover, the nature and circumstances of the offense of conviction and of the defendant are such that the Court concludes that further incarceration at this point would not serve a substantial public interest. It invites attention to the remarks the Court made at sentencing in support of this conclusion, many of reach remain apposite. Dkt. 1072, at 29:24-30:6.

        Accordingly, the motion is granted to the extent that defendant's term of imprisonment in this case is reduced to time served. Provided there are no outstanding warrants of detainers, defendant shall be released forthwith.

        SO ORDERED.

Dated:        March 25, 2021

                                                                 Lewis A. Kaplan
                                                          United States District Judge